IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:06CR4-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| TERENCE HOWARD ROACH ) | |

**THIS MATTER** is before the Court on the Defendant's objections to the Memorandum and Recommendation filed by U.S. Magistrate Judge Dennis L. Howell denying the Defendant's motion to suppress. ***See* Memorandum and Recommendation, filed May 5, 2006; Defendant's Objections to the Memorandum and Recommendation of the Magistrate Judge, filed May 15, 2006.**

The Defendant and the Government have entered into a plea agreement; therefore, the issues raised in the motion and in Defendant's objections are now moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to suppress is **DENIED** as moot.

Signed: July 13, 2006

Lacy H. Thornburg
United States District Judge