**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION**

**CRIMINAL NO.  2:06CR4-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **TERENCE HOWARD ROACH** | ) | |
| ‎ | ) | |

**THIS MATTER** is before the Court on the Defendant's objections to the Memorandum and Recommendation filed by U.S. Magistrate Judge Dennis L. Howell denying the Defendant's motion to suppress.  ***See*** **Memorandum and Recommendation, filed May 5, 2006; Defendant's Objections to the Memorandum and Recommendation of the Magistrate Judge, filed May 15, 2006.**

The Defendant and the Government have entered into a plea agreement; therefore, the issues raised in the motion and in Defendant's objections are now moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to suppress is **DENIED** as moot.

2

Signed: July 13, 2006

Lacy H. Thornburg
United States District Judge