IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:06cr04

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| TERENCE HOWARD ROACH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER coming on to be heard before the undersigned, pursuant to a motion (#71) filed by the attorney for the defendant, Andrew B. Banzhoff, requesting a continuance of a hearing that had been scheduled in this matter for July 18, 2007 and it appearing to the court at the call of this matter on for hearing that Mr. Banzhoff was represented by his partner, attorney Sean Devereux. Mr. Devereux advised the court that Mr. Banzhoff desired that the motion be withdrawn.

**ORDER**

IT IS, THEREFORE, **ORDERED** that the motion (#71) of Mr. Banzhoff, having been withdrawn, is hereby rendered **MOOT** and is hereby **DISMISSED**.

Signed: July 19, 2007

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge