IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:06cr04

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| TERENCE HOWARD ROACH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER coming on to be heard and being heard before the undersigned, pursuant to a motion filed by the defendant, pro se, entitled "Motion to Substitute Council" (sic) (#70) and it appearing to the court at the call of this matter on for hearing that the defendant advised the court that he wished to withdraw the motion in all respects and the defendant having been questioned closely by the undersigned, it appears that the defendant understands his rights does wish to withdraw his motion. It is therefore ordered that the motion is rendered moot and is ordered to be dismissed.

## ORDER

**WHEREFORE**, it is the order of the court that the motion of the defendant entitled "Motion to Substitute Council" (#70) is withdrawn and is ordered to be **DISMISSED.**

Signed: July 19, 2007

_____
Dennis L. Howell
United States Magistrate Judge