IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:06CR4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | O R D E R |
| ) | |
| ) | |
| TERENCE HOWARD ROACH ) | |
| JOSHUA BRENT SQUIRREL, a/ka/ ) | |
| "Cubby" and ) | |
| MICHAEL EDWARD SLEE ) | |
| ) | |

**THIS MATTER** is before the Court for review of the Supplement to the Presentence Reports herein by United States Probation Officer Dwayne Capps along with the parties' briefs regarding the question of whether or not all Defendants should be jointly and severally liable for the payment of restitution for the support of the victim's child, Jailyn Bird.

The Court will schedule a hearing in this matter and each party shall be afforded 15 minutes to argue their respective briefs. If any party wishes to submit additional materials pertinent to the question before the Court, such may be filed under seal on or before November 19, 2007.

**IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled for hearing on **THURSDAY, NOVEMBER 29, 2007, AT 9:30 A.M.**, in Bryson City, North Carolina.

**IT IS FURTHER ORDERED** that any additional materials pertinent to the question before the Court may be filed on or before **NOVEMBER 19, 2007.**

**IT IS FURTHER ORDERED** that the submission of Officer Capps be filed by the Clerk **UNDER SEAL**, and that such pleading remain sealed until further order of this Court.

Signed: October 24, 2007

Lacy H. Thornburg
United States District Judge